United States Court of Appeals
Fifth Circuit

**F I L E D**

September 11, 2003

Charles R. Fulbruge III
Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-31247

_____

PANELCLAD, INC.,

Plaintiff-Appellee,

versus

FALCON STEEL STRUCTURES, INC.; ET AL.,

Defendants,

versus

FALCON STEEL STRUCTURES, INC.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
(00-CV-3653)

_____

Before BARKSDALE, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:*

   **AFFIRMED.**   *See* 5TH CIR. R. 47.6.

_____

   *Pursuant to 5TH CIR. R. 47.5, the court has determined that this
opinion should not be published and is not precedent except under the
limited circumstances set forth in 5TH CIR. R. 47.5.4.